UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 PROCEEDING |
| | ) | |
| TANYA M. PARKS | ) | CASE NO.  09 B 46959 |
| | ) | |
| DEBTOR | ) | JUDGE JOHN H. SQUIRES |
| | ) | |

### ORDER CONVERTING CHAPTER 11 TO CASE UNDER CHAPTER 7
(Clerk to serve notice)

This matter comes before the Court on the U.S. Trustee's Motion to Convert or Dismiss.  After notice and a hearing, this Court finds that the case should be converted to a case under Chapter 7 pursuant to 11 U.S.C. §1112(b).  Based upon the foregoing,

**IT IS ORDERED THAT:**

1. This Chapter 11 case is converted to a case under Chapter 7 of the U.S. Bankruptcy Code, 11 U.S.C. §701, et. seq.

2. The Debtor-in-possession shall:

   a. forthwith account for and turn over to the Chapter 7 trustee all records and property of the estate under its custody and control as required by Fed.R.Bankr.P. 1019(4);

   b. on or before Nov. 16, 2010 file a schedule of all unpaid debts incurred after the commencement of the Chapter 11 case (including the names and addresses of all creditors) as required by Fed.R.Bankr.P. 1019(5);

   c. on or before Nov. 29, 2010 file a final report and account as required by Fed.R.Bankr.P. 1019(5); and

   d. on or before Nov. 16, 2010, file the statements and schedules as

required by Fed.R.Bankr.P. 1019(1) and 1007(b) if such documents have not already been filed.

3. Pursuant to Fed.R.Bankr.P. 9001(9) the Court designates Tanya Parks ("Designated Person") to perform the acts the Debtor is required to perform by this Order and the Federal Rules of Bankruptcy Procedure. The Designated Person is hereby ordered to perform, on behalf of the Debtor, the acts required by Paragraph 2 of this Order.

4. This matter is set for a status hearing on Nov. 29, 2010, at 10:00 a.m. At that hearing, the Court will determine whether the Debtor and the Designated Person has complied with this Order, and, if not, consider any requests by the United States Trustee or Chapter 7 trustee for further relief or sanctions against the Debtor and Designated Person as may be required to secure compliance with this Order.

5. The clerk shall serve copies of this Order on the United States Trustee, the Chapter 7 trustee, and all creditors, and shall file a proof of such service at or before the status hearing.

DATED: Nov. 1, 2010         ENTER:

_____
The Honorable John H. Squires
United States Bankruptcy Judge